UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CYNTHIA NEUHARTH and DUANE LINDENBACH, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>vs.<br><br>LIFE LINE BILLING SYSTEMS, LLC, d/b/a LIFEQUEST SERVICES,<br><br>       Defendant. | Case No.: 16-cv-1123<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Hon. J.P. Stadtmueller |

THE PLAINTIFFS, Cynthia Neuharth and Duane Lindenbach, by counsel, Ademi & O'Reilly LLP, hereby give notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this action is dismissed with prejudice and without costs to either party. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the Defendant, Life Line Billing Systems, LLC, has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 21st day of November 2016.    By:    s/ Mark A. Eldridge
                                                                      Mark A. Eldridge (SBN: 1089944)
                                                                      ADEMI & O'REILLY, LLP
                                                                        3620 East Layton Avenue
                                                                        Cudahy, WI 53110
                                                                        meldridge@ademilaw.com
                                                                        tel (414) 482-8000
                                                                        fax (414) 482-8001